UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

_____
                                       )
GILBANE BUILDING COMPANY,              )
    Plaintiff                          )
                                       )  Civil Action No. 2:08-cv-185
v.                                     )
                                       )
NEW ENGLAND REGIONAL                   )
COUNCIL OF CARPENTERS,                 )
    Defendant                          )
_____)

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Gilbane Building Company hereby dismisses the above-captioned action.

| | |
|---|---|
| Dated:  October 1, 2008 | /s/ Daniel L. Rosenthal |
| | _____ |
| | Daniel L. Rosenthal |
| | Verrill Dana, LLP |
| | One Portland Square |
| | Portland, ME  04112 |
| | (207) 774-4000 |
| Dated:  October 1, 2008 | /s/ Geoffrey P. Wermuth |
| | Geoffrey P. Wermuth |
| | Murphy, Hesse, Toomey & Lehane, LLP, |
| | 300 Crown Colony Drive, |
| | Quincy, MA, 02169 |
| | (617) 479-6469 |
| | |
| | Attorneys for Plaintiff |
| | Gilbane Building Company |